IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**  **PLAINTIFF**
**ADC #114018**

v.  CASE NO. 3:22-cv-00232-JM

**JOHN THURSTON, Arkansas**
**Secretary of State**  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on September 6, 2022, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 19th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE